UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
United States of America,

                         Plaintiff,

-against-

                                              Case No. 7:98-mj-970

Christopher Giggey

                         Defendant.
-------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                             SO ORDERED.

                                                             Hon. Martin R. Goldberg
                                                             United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
       Pnughkeepsie, New York